[No. 37897-0-I.    Division One.    July 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON HARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-05470-8, Nicole MacInnes, J., entered December 12, 1995. *Reversed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Coleman, J.

[No. 38010-9-I.    Division One.    July 28, 1997.]

ROLLA W. HALBERT, JR., ET AL., *Appellants*, v. HELEN FORNEY, *Individually and as Executrix, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 95-2-13278-2, Liem Tuai, J. Pro Tem., entered December 18, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Grosse, J. Now published at 88 Wn. App. 669.

[No. 38423-6-I.    Division One.    July 28, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. JOSE VALENZUELA VALDEZ, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-00068-6, Richard M. Ishikawa, J., entered March 6, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38666-2-I.    Division One.    July 28, 1997.]

PHYLLIS A. CHAUSEE, ET AL., *Respondents*, v. M.W., ET AL., *as Guardians, Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-09020-4, Richard J. Thorpe, J., entered April 12, 1996. *Dismissed* by unpublished opinion per Coleman, J., concurred in by Grosse and Ellington, JJ.